KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Bryan.Wilson@usdoj.gov

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GORDON WARREN EPPERLY, | Case No. 1:12-cv- |
| Petitioner, | |
| vs. | **NOTICE OF REMOVAL** |
| BARACK HUSSEIN OBAMA II, NANCY PELOSI, MEAD TREADWELL, GAIL FENUMIAI, | |
| Respondents. | |

Respondent President Barack Hussein Obama II, by and through the undersigned Assistant U.S. Attorney, notifies this Court of the removal of this action from the Superior Court for the State of Alaska, First Judicial District at Juneau pursuant to 28 U.S.C. § 1442(a)(1). The notice is based on the following:

1. Petitioner filed a Petition for an Order in Nature of Writ of Mandamus against Respondents President Barack Hussein Obama II, Nancy Pelosi, Mead Treadwell, and Gail Fenumiai in the Superior Court for the State of Alaska, First Judicial District at Juneau, *Gordon Warren Epperly v. Barack Hussein Obama II, et al.,* Case No. 1JU-12-694 CI. Petitioner has alleged that President Obama was unlawfully inaugurated as President who has no inherent "Rights of Birth" to be a "Citizen" of the United States. Petitioner also alleges that President Obama has not established the eligibility requirements set forth by the U.S. Constitution of being a "natural born Citizen," or even a citizen of the United States.

2. The United States District Court has jurisdiction over the Superior Court action in this matter based on 28 U.S.C. §1331.

3. A Notice of Filing Removal of a Civil Action, together with a copy of this Notice are being filed with the State court where the action is pending.

// //

// //

Epperly v. Obama et al.
Case No. 1:12-cv-               2

RESPECTFULLY SUBMITTED this 27th day of July, 2012, in Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/ E. Bryan Wilson
        Assistant U.S. Attorney
        Attorney for the Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2012,
a copy of the foregoing **NOTICE OF REMOVAL**
was served via U.S. mail on

Gordon Warren Epperly
P.O. Box 34358
Juneau, AK 99811-4100

Elizabeth M. Bakalar
Assistant Attorney General
Dimond Courthouse
P.O. Box 110300
Juneau, AK 99811

s/E. Bryan Wilson

Epperly v. Obama et al.
Case No. 1:12-cv-        3