# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FIRST JUDICIAL DISTRICT AT JUNEAU ALASKA

RECEIVED
AUG 1 3 2012
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Gordon Warren Epperly
P.O. Box 34358
Juneau, Alaska 99803

Tel: (907) 789-5659

| | |
|---|---|
| Gordon Warren Epperly, | |
| Petitioner, | Case No. 1JU-12-694 CI |
| vs. | Judge Philip Pallenberg |
| Barack Hussein Obama II, Nancy Pelosi, Mead Treadwell, Gail Fenumiai, | Petitioner's Objection to Dismissal of Proceeding |
| Respondents. | |

COMES NOW the Petitioner, Gordon Warren Epperly does state that he was in receipt of an *"Order"* that was issued from the Chambers of a Judge of the United States District Court for the District of Alaska declaring that he has transferred my *"Petition of an Order in the Nature of Mandamus"* from the Superior Court for the State of Alaska into his Court. Without giving *"Notice"* to the Petitioner, Judge Philip Pallenberg declared on the *"Docket"* of the Clerk of the Court that he *"Closed"* the *"Case"* without comment on July 30, 2012.

# Objection

The conduct of Judge Philip Pallenberg is most disturbing for he surrendered the sovereignty of the State of Alaska to a foreign jurisdiction without offering an *"Objection"* or a *"Challenge of Jurisdiction"* to that foreign jurisdiction's assertion of authority to remove *"Cases"* and other Proceedings from his Court. Upon the transfer of the proceedings of a *"Review"* of an *"Administrative Record"* of the Alaska Division of Elections to the United States District Court;

- Judge Philip Pallenberg declared that the Director of Elections, Gail Fenumiai no longer has the sovereign authority of the State of Alaska to determine and *"verify"* Candidate Office qualifications to appear on Election Ballots for the State of Alaska as Judge Philip Pallenberg surrendered the Office of the Director of Alaska Division of Elections to the United States District Court for the District of Alaska; and

- Judge Philip Pallenberg made a declaration that Lieutenant Governor, Mead Treadwell no longer has the sovereign authority of the State of Alaska to give direction to the Director of Alaska Division of Elections to *"verify"* Candidate Office qualifications for Judge Philip Pallenberg surrendered the Office of the Lieutenant Governor to the United States District Court for the District of Alaska, and

- Judge Philip Pallenberg made a declaration that the Citizens of the State of Alaska are not entitled to the protections of his Court to have a *"Review"* of an *"Administrative Record"* or to have the protections of his Court to issue forth *"Orders"* in the nature of *"Writ of Mandamus"* upon employees of the State of Alaska, and

- Judge Philip Pallenberg made a declaration that he will not recognize the duty of the Petitioner, Gordon Warren Epperly, to report criminal acts against the

Winters
PO Box 22
Stites, ID 83552

Judge Timothy Burgess
U.S District Court
222 W. 7th Ave W.
Anchorage, AK 99513

99513%7504