IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GORDEN WARREN EPPERLY,

Plaintiff,

vs.

BARACK HUSSEIN OBAMA II, et al.,

Defendant.

Case No. 1:12-cv-00011- TMB

**JUDGMENT
IN A CIVIL CASE**

_____ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The

issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**.  A decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this matter is DISMISSED with prejudice.

APPROVED:

S/TIMOTHY M. BURGESS
**TIMOTHY M. BURGESS**
United States District Judge

August 27, 2012
Date

MARVEL HANSBRAUGH
Clerk