RECEIVED

SEP 1 8 2012

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Gordon Warren Epperly
P.O. Box 34358
Juneau, Alaska 99803

Tel: (907) 789-5659

September 14, 2012

Honorable Judge Timothy M. Burgess
United States District Judge
Federal Building, U.S. Court House
222 W. 7th Avenue, NE
Anchorage, Alaska 99513-7564


Honorable Judge Timothy M. Burgess

As the proceeding before your Court in regard to the matter of **Gordon Warren Epperly v. Barack Hussein Obama, et.al** (Case No. 1:12-cv-00011-TMB) has been dismissed with "*Prejudice,*" I find the need to address a very serious matter through the mailing of this letter.

The only Documents that I have received from the "*Clerk of the Court*" in regard to your "*Court Order to Dismiss the 'matter' with Prejudice*" was the Clerk of Court's two (2) page entry of your "*Court Order.*" I never seen nor have I ever received a copy of your "*Court Order*" with "*Memorandum of Law*" until I was given notice by my Daughter that I made the News within an Internet Article written by a Reporter for KTOO Radio here in Juneau, Alaska. I downloaded a copy of your "*Court Order*" from an Internet Link that was provided within that Article.

The same day that this Internet Article of KTOO Radio was published, I received in the USPS Mail an "*OPPOSITION TO MOTION TO REMAND BY RESPONDENT BARACK OBAMA:*" by the Office of U.S. Attorney. Why would the U.S. Attorney be mailing such an "*Opposition to Motion*" if the Office of the U.S. Attorney received a copy of your "*Court Order?*" It is obvious that none of the Parties of your Court Proceedings ware ever in receipt of your "*Court Order.*" Did you not state within your "*Court Order*" that "*All outstanding Motions are DENIED as Moot.*" And if all outstanding "*Motions*" are declared to be "*MOOT,*" then what "*Motion*" is the U.S. Attorney making "*Opposition*" to?

It is obvious that U.S. Attorney, **Karen L. Loeffler** and her Assistant U.S. Attorney, **E. Bryan Wilson** have an agenda and that is to obstruct the proceedings that is before the Office of the Director, **Gail Fenumiai** of the Alaska Division of Elections. It is obvious that the U.S. Attorney would like to use her Office to obstruct the Alaska Director of Elections, **Gail Fenumiai** to perform her duties under the Election Laws of the State of Alaska to determine the eligibility of the names of Presidential Candidates to appear on the Election Ballots for the State of Alaska. For what other purpose would these two (2) Individuals be using their *"Offices"* to obstruct the duties of a Superior Court Judge to oversee the Administrative Proceedings of an Election Office of a State?

Everyone is waiting for you, **Judge Timothy M. Burgess** to release this *"matter"* that is before your Court to the Alaska Superior Court so that **Judge Philip Pallenberg** may continue to perform his duties to oversee the *"ministerial duties"* of Lieutenant Governor, **Mead Treadwell** and Director of Elections, **Gail Fenumiai**. If you do not release this matter back to the Alaska Superior Court, you will be facing every Member of **NASED ROSTER** of State Elections Directors and every Member of the Alaska State Legislature to give answers for your behavior.

I notice in the last Paragraph of Assistant U.S. Attorney, **E. Bryan Wilson's** *"Opposition to Motion …"* that he would like you to *"Sanction"* me for presenting my understanding of the U.S. Constitution and the Laws of our Nation to your Court in my defense. This is the most outlandish and disgusting conduct that can be made by an Officer of your Court.

I was in receipt of a telephone call during one of my Cases that I had before the U.S. District Court for the District of Alaska in the late 1990's wherein I was attempting to exhaust all Remedies showing that the People have no recourse of Litigation nor access to any other Branch of Government to question the adoption of Amendments to the U.S. Constitution. I was told that if I made another appearance before the U.S. District Court or any other Court of the United States, I would be *"Sanctioned"* in an amount of $10.000.00. It appears that U.S. Attorney **Karen L. Loeffler** and her Assistant U.S. Attorney, **E. Bryan Wilson** is asking you to make good that threat. I would like to remind you that it was you and the U.S. Attorney that dragged me into your Court against my will. It was not me, **Gordon Warren Epperly**, that initiated what you believe to be an Article III Court *"Proceeding"* for you to issue forth *"Court Orders of Dismissal."*

This authority to issue forth *"Sanctions"* by Federal Court Judges was granted by the U.S. Congress. It was never the intent of the U.S. Congress that the Judges was to use this newly founded power to *"Oppress"* the People and to discourage the People from coming before the Federal Courts, but that is exactly what our Federal Judges are doing when they use this newly founded power of destruction upon the People that don't have the means to employ Members of the BAR Association to represent them. The legal system today has been reduced to nothing more than an institution of *"legalized extortion"* for the benefit of the Members of the BAR Association and the People are getting fed up with it.

**I have a grievance with you**. Looking at your *"Court Order"* that I just downloaded off the Internet, I see that you show *"disrespect"* and *"contempt"* for *"Pro Se"* litigants and I am feed up with the contemptible attitude of our Federal and State Judges that they have against the People of which they represent. When Litigants, such as me, **Gordon Warren Epperly**, that have no means to pay the extortion fees of the Members of the BAR Association to represent them, everything that *"Pro Se"* Litigants have to say are approached with the infamous word: *"frivolous"* and the Judges use that word as an excuse to <u>dismiss</u> *"Cases"* and *"Proceedings"* without providing *"Documentation"* in support of their *"Court Orders."*

In the *"matter"* that was before your Court, I made it clear within the Record of the Court that I had no <u>Article III</u> <u>Federal Court</u> *"Standing"* to entertain any *"Proceeding"* before your Court, a position that was in full agreement with the Legal Counsels of all the Respondents to the *"Proceeding."* But apparently with U.S. Attorney **Karen L. Loeffler** moving a *"Proceeding"* that was not a *"Case"* or *"Controversy"* from a State Court, her actions is suppose to be an automatic *"License"* that is a grant of jurisdictional *"Standing"* for me, **Gordon Warren Epperly** to present *"Motions,"* *"Arguments,"* *"Evidence,"* and *"Testimony"* into the *"Record"* of your Court – **How Absurd Can Anyone Be!!**

So when we look at your *"Court Order,"* you say that even if I made an Amendment to my Pleadings, the Amendment would be futile. **No kidding!!** Just how am I suppose to make Amendments to Pleadings within a Court to which I have no *"Standing"* under <u>Article III</u> of the <u>United States Constitution</u> to make an appearance? You go on to say that my claims are implausible and (*with that infamous word*) *"frivolous."* **How in the hell would you know?** You have never spoken to me, you have never taken any Testimony, you have never taken into Evidence any *"Documents,"* nor have you seen any other materials of evidence, physical

or otherwise. **Are you one with mystical powers or are you just prejudiced??** In fact, you have no "*Record*" before your Court that may be reviewed under Article III of the United States Constitution to form a "*Court Order of Dismissal*" for there has never been any "*Case*" or "*Controversy*" before your Court to dismiss and there are no "*Cases*" or "*Controversies*" to Appeal.

You owe me, **Gordon Warren Epperly**, the Judges of the Alaska Superior Court, and all the Respondents to the Alaska Superior Court proceeding of Epperly, v. Barack Hussein Obama II, et.al. an Apology.

Enclosed are "*Documents of Interest*" and they have been circulated over the Internet to every Secretary of State, Director of Elections, and to every Member of the Alaska State Legislature.

Sincerely Yours

Gordon Warren Epperly

**Letter Forwarded Without Encloses**

Cc: **NASED ROSTER** of State Elections Directors
**Members** of the Alaska State Legislature
U.S. Attorney **Karen L. Loeffler**
Assistant U.S. Attorney, **E. Bryan Wilson**
Lieutenant Governor, **Mead Treadwell**
Attorney **Tom Daniel**
Alaska Assistant Attorney General, **Elizabeth M. Baker**
Alaska Superior Court Judge, **Philip Pallenberg**