**Gordon Epperly**

**From:** "Gordon Epperly" <enter69@usa-the-republic.com>
**To:** <Undisclosed-Recipient:;>
**Sent:** Wednesday, September 12, 2012 11:10 AM
**Attach:** Letter - Members of BAR Association (09-10-12).pdf
**Subject:** Fw: Letter to "Esquires" of the BAR

> *REMEMBER*
> *If you forward this, please remove email*
> *addresses before you send it on, and use the*
> *BCC area when sending to several people at once.*
> *Be Kind to Your Email Friends*



An open Letter to "*Esquires*" of the BAR and Members of NASED

It is now official, the Democrat National Convention has selected Barack Hussein Obama II as their Presidential Candidate. But even today, no "*Documents of Eligibility*" have ever been made available to the People by the "*Officers*" of the Democrat National Convention that shows the authority for Barack Hussein Obama II to be their Presidential Candidate.

But with the filing of the Democrat's "*Official Certification Of Nomination*" declaring under "*Oath*" that Barack Hussein Obama II is a qualified Candidate for the Office of President of the United States under the provisions of the United States Constitution, the "*Officers*" of the Democrat National Convention have stepped over the line and committed numerous Crimes under the Criminal Code of the United States and of the States of the Union.

Attached is an Acrobat PDF Document that is addressed to those "*Esquires*" that have over the past four (4) years made an attempt to question the "*Office Qualifications*" of Barack Hussein Obama II to hold and be a Candidate for the Office of President of the United States. Even though their "*Cases*" were dismissed on jurisdictional issues, we must give them credit for taking the time to protect the Constitution for the United States of America.

When our Election Officers of the States allow "*Women*" and non white Citizens to appear on their State's Election Ballots for Offices of the United States government when there are no provisions in the U.S. Constitution that qualifies those individuals for said Offices, they must accept the responsibility for supporting a Conspiracy to

overthrow the U.S. Constitution and the government of the United States for which the U.S. Constitution represents. Those "*Women*" and non-white Citizens that hold the Office of Judges and Justices of the Federal Judiciary, the U.S. Attorney General and the Office of U.S. Attorney, the Members of the U.S. Congress, the Heads of State, and the Office of President of the United States are referred to in the United States Constitution as "*domestic enemies*." A "*domestic enemy*" is the worst enemy that a Nation may face. Many Nations, including the Roman Empire, have been destroyed from within by domestic enemies, not from enemies of outside foreign Nations.

Where are the Attorney Generals of the States? Why are they sitting on their hands and allowing the destruction of the U.S. Constitution and the government of the United States by domestic enemies? The "*Officers*" of the Democrat National Convention have committed "*Crimes*," not only against the "*Laws*" of the United States, but against the "*Laws*" of every State in the Union. What are the Attorney Generals of the States going to do about it? Is not "*Perjury*" a Crime in your State?

As many of you know, I have made an attempt to question the "*Qualifications of Office*" for Barack Hussein Obama II. We are still waiting for Barack Hussein Obama II to come forward and establish an "*Administrative Record*" before the Alaska Division of Elections that documents his qualifications as a Presidential Candidate for the Office of President of the United States. To view the "*Administrative Complaint*" that has been filed against Barack Hussein Obama II with the Alaska Division of Elections, you may view the Documents at:

<http://tinyurl.com/9fcsm9z>

Look for the heading of "*State of Alaska*" about a fourth of the way down the page.

I wish everyone the best.

Gordon Warren Epperly
P.O. Box 34358
Juneau, Alaska 99803

Tel: (907) 789-5659

Gordon Warren Epperly
P.O. Box 34358
Juneau, Alaska 99803

September 10, 2012

Mario Apuzzio, Esq.
Leo Donofrio, Esq.
Orly Taitz, Esq.
Michael Jablonski, Esq.
Larry Klayman, Esq.
Gary Kreep, Esq.
Phil Berg, Esq.
Mark Hatfield, Esq.
Van Irion, Esq.
Stephen Pidgeon, Esq.


Dear Members of the BAR Association


I would like to thank each of you and all those who I am not aware of that have taken the time and expense to preserve our U.S. Constitution by questioning the Office Qualifications of Barack Hussein Obama II to hold and be a Candidate for the Office of President of the United States.

As you may be aware, I have taken a different approach from questioning the validity of a Birth Certificate to making a demand that Barack Hussein Obama II comes before the Alaska Division of Elections to "*Document*" his Office qualifications before his name is to be allowed to appear on the Alaska Election Ballots. At the time of the writing of this letter, there has been no "*Administrative Record*" created on behalf of Barack Hussein Obama II, but only the "*Administrative Record*" that I, Gordon Warren Epperly, has created. Under the Election Laws of the State of Alaska, the Director of the Alaska Division of Elections has thirty (30) days from the filing date of a Complaint (which my "*Complaint*" filing date is the filing date of the Democrat's "*Official Certification Of Nomination*") to make a determination of Office Qualifications of Barack Hussein Obama II as founded upon the preponderance of evidence that may be found within the "*Administrative Record.*"

I noticed that some of you *"Esquires"* are still pursuing the *"Birth Certificate"* of Barack Hussein Obama II as a fraudulent Document. Take my word, the *"Birth Certificate"* or any other *"Documents"* such as *"Social Security Numbers"* and *"Draft Cards"* are a none issues until such time those *"Documents"* have been introduced into an Agency *"Administrative Record"* or into the *"Court Record"* of a Court by Barack Hussein Obama II or by his Legal Counsel. **THERE ARE NO LAWS OR PROVISIONS FOUND WITHIN THE CONSTITUTION OF THE UNITED STATES OR OF ANY STATE THAT REQUIRES THE PRODUCTION OF DOCUMENTS (*BIRTH CERTICATES, SOCIAL SECURITY CARDS, ETC.*) AS A REQUIREMENT FOR OFFICE QUALIFICATIONS OF PRESIDENTIAL CANDIDATES.**

## Official Certification of Nomination

I would like to redirect your attention to those that have submitted *"Documents"* under *"Oath"* that declare Barack Hussein Obama II to be a qualified *"Presidential Candidate"* under the provisions of the United States Constitution. These *"Documents"* were submitted to the Election Offices of the Fifty (50) States of the Union as a *"Official Certification Of Nomination"* in the Election Year of 2008 by Nancy Pelosi as *"Chair"* of the Democrat National Convention and by Alice Travis Germond as *"Secretary"* of the Democrat National Convention and in the Election Year of 2012, the *"Official Certification Of Nomination"* was submitted by Antonio Villaraigosa as *"Chair"* of the Democrat National Convention and by Alice Travis Germond as *"Secretary"* of the Democrat National Convention. (see *"Attachments"*)

## False statements have been made:

1. **First:** - There are no provisions in the United States Constitution that grants *"Political Rights"* for any *"Negro,"* *"Mulatto,"* or *"Women"* to hold Public Offices of the United States government. As it is common knowledge that Barack Hussein Obama II is a child of a mixed marriage with his father being a *"Negro"* from Kenya and his mother being a *"Caucasian"* from the State of Hawaii. /[1] Said mixed

---

[1]/ see website: http://en.wikipedia.org/wiki/Barack_Obama

Page 2 of 15

Case 1:12-cv-00011-TMB   Document 30-2   Filed 09/18/12   Page 4 of 19

marriage makes Barack Hussein Obama II a *"Mulatto"* /² under the laws of the United States government.

    a. As Barack Hussein Obama II is a *"Mulatto,"* his citizenship status is founded upon the <u>Fourteenth Amendment</u> to the <u>U.S. Constitution</u>. Before the <u>Fourteenth Amendment</u> was proposed and ratified, the *"Negroes"* and *"Mulattoes"* of the United States had no status of being United States citizens and having no *"Civil Rights"* nor *"Political Rights"* under the U.S. Constitution. The <u>Fourteenth Amendment</u> only addressed *"Civil Rights"* as those *"Rights"* were enacted and defined by the <u>Civil Rights Acts</u> of 1866. /³ The <u>Fourteenth Amendment</u> **does not** address *"Political Rights."*

    b. *"Political Rights"* for *"Negroes"* and *"Mulattoes"* did not come into existence until Congress made another Amendment to the U.S. Constitution, the <u>Fifteenth Amendment</u>. But as you read the <u>Fifteenth Amendment</u>, you will see that it does not use the words *"Suffrage"* or *"Political Rights of Office,"* but was limited to the *"Political Right"* to *"Vote."* This was not an oversight of the U.S. Congress as during the *"Debates,"* on the Amendment, /⁴ the members of the U.S. Congress debated the use of the word *"Suffrage"* and the granting of *"Political Rights"* of *"Office"* and voted that the <u>Fifteenth Amendment</u> was to be restricted to the *"Political Right"* of casting *"Votes"* at Elections. So it is today as there has been no Amendments adopted that grants *"Negroes," "Mulattoes,"* or *"Women"* the *"Political Rights"* of *"Suffrage"* to hold Public Offices of the United States government. Such *"Political Rights"* to hold Public Offices cannot be assumed nor can they be granted by enactments of *"Statutory Laws"* as was tried by the U.S. Congress with the passage of the <u>Reconstruction Acts</u> of 1867 - 68. /⁵

---

²/ see website: http://en.wikipedia.org/wiki/Mulatto

³/ The **Civil Rights Act of 1866**, <u>14 Stat. 27</u> enacted April 9, 1866.

⁴/ **Congressional Debates** on the <u>Fifteenth Amendment</u> to the <u>U.S. Constitution</u> took place in the <u>FORTIETH CONGRESS, Third Session</u> in the year of 1868.

⁵/ **Reconstruction Acts**. (March 2, 1867, <u>14 Stat. 428-430, c.153</u>; March 23, 1867, <u>15 Stat. 2-5, c.6</u>, July 19, 1867, <u>15 Stat. 14-16, c 30</u>; and March 11, 1868, <u>15 Stat. 41, c.25</u>).

2. **Second:** - Barack Hussein Obama II is not a *"citizen of the United States"*

   a. Under the <u>Fourteenth Amendment</u> to the <u>U.S. Constitution</u>, for a *"Negro"* or a *"Mulatto"* to have the status of being a citizen of the United States, the *"Negro"* or *"Mulatto"* must not only have been *"born in the United States,"* but the Child must also be *"subject to the jurisdiction"* of the United States at the time of his/her birth, in other words, the Parents must have established a permanent *"Residence"* in the United States and owed *"Allegiance"* to the United States when their Child was born.

   b. The citizenship status of a Child follows that of the Father. /[6] The Father of Barack Hussein Obama II (Jr.) was Barack Hussein Obama I (Sr.) who was a subject citizen of Great Britain as he was born and resided in the British Colony of *"Kenya."* At no time did Barack Obama Sr. ever become a *"citizen of the United States,"* naturalized or otherwise, and at no time did Barack Obama Sr. owe *"Allegiance"* to the government of the United States. For one to owe *"Allegiance,"* one must be a citizen of the Country in which he resides. /[7] As Barack Obama Sr. was in the United States on a *"Student VISA"* at the time his Son was born, he never established a permanent *"Residency"* in the United States. /[8] At best, he was classified by the Internal Revenue Service as a *"resident Alien."* /[9]

   c. There is a question of the status of citizenship of Barack Hussein Obama II's mother at the time she married Barack Hussein Obama II. Did she surrender her U.S. Citizenship upon marriage? This question may never be answered, but under the U.S. Supreme Court Rulings and

---

[6] "All children heretofore born or hereafter born out of the limits and jurisdiction of the United States whose fathers were or may be at the time of their birth citizens thereof are declared to be citizens of the United States, but the rights of citizenship shall not descend to children whose fathers never resided in the United States, citizenship attaches only where the father has resided in the United States before the birth of the child." (<u>Act of March 2, 1907</u>, c. 2534 § 6, <u>Weedin v. Chin Bow</u>, 274 U.S. 666)

[7] see *"ALLEGIANCE"* - "The tie which binds the citizen to the government, in return for the protection which the government affords him." (From the 'Lectric Law Library's Lexicon – http://www.lectlaw.com/).

[8] see website: http://en.wikipedia.org/wiki/Barack_Obama,_Sr

[9] See IRS website at: http://www.irs.gov/taxtopics/tc851.html

"*Naturalization Laws*" of the United States, her status of citizenship has no relevance to the citizenship status of her Son, Barack Hussein Obama II. /[6]

d. Barack Hussein Obama II, being of Negro descendent, has no means to be classified as a "*natural born Citizen*" of the United States. The government of the United States was created for "*We the People*" and their "*Posterity*," namely, those who are white male citizens of the States of the Union. The U.S. Constitution is the property of the People, not the government of the States and it was ratified by the People sitting in Conventions, not by any Legislature of any of the original thirteen States. /[10] At the time the United States was created under the Articles of Confederation, /[11] "*Negroes*" and "*Mulattoes*" were never considered to be a "*Party*" to the Articles of Confederation nor to the United States Constitution. The only individuals that had the status of being "*natural born Citizens*" were those who were white male citizens of a State that were born into the "*Posterity*" of "*We the People*" of the Preamble to the U.S. Constitution. So it is today, notwithstanding the poorly written "*dicta*" Case of United States v. Wong Kim Ark, 169 U.S. 649.

e. The citizenship status of Barack Hussein Obama II is not founded upon the U.S. Supreme Court Case of United States v. Wong Kim Ark, 169 U.S. 649.

1. The family of Wong Kim Ark came into the United States under provisions of "*Treaties*" which the United States entered into with China. /[12] One of the provisions of Congressional enactments made under the "*Treaty*" was that the Chinese Immigrants were to "*Register*" their permanent "*Residence*" and to sign "*Affidavits of Allegiance*"

---

[10]/ see U.S. Constitution, Article VII

[11]/ the **Articles of Confederation and Perpetual Union**, was an agreement among the 13 founding States that established the United States of America as a confederation of sovereign States and served as its first Constitution. Its drafting by the Continental Congress began in mid 1776, and an approved version was sent to the States for ratification in late 1777.

[12]/ see **Burlingame Treaty** of 1868: Through this treaty, the United States was actively encouraging the influx of Chinese workers as a source of inexpensive labor. However, there was considerable resistance to this trend even at the start, and it grew during the 1870's. Congress attempted to simply abrogate provisions of the Burlingame Treaty by legislation, but President Hayes vetoed the bill on the grounds of separation of powers. This was a technical point, not an objection to limiting Chinese immigrations.

The Burlingame Treaty of 1868 would be modified in 1880 and reversed in the Chinese Exclusion Act of 1882, setting a pattern of discrimination for the next 60 years.

which requirements the family of Wong Kim Ark fulfilled. As the family of Wing Kim Ark had established permanent "*Residence*" in the United States and owed the United States their "*Allegiance*" at the time of the birth of their Son in the State of California, Wong Kim Ark was subject to the jurisdiction of the United States at the time of his birth and thus Wong Kim Ark was born a "*citizen of the United States*" under the provisions of the Fourteenth Amendment to the U.S. Constitution. The Common Law arguments of the Case are nothing more than a distraction as the Common Law has nothing to do with the establishment of "*citizenship*" under the Fourteenth Amendment to the U.S. Constitution. Barack Obama Sr. was never in the United States under any "*Treaty*" provision.

    f. The Common Law arguments of United States v. Wong Kim Ark, 169 U.S. 649 do not apply to the citizenship status of "*Negroes*" or "*Mulattos*."

        1. At the time the U.S. Constitution was written, the founding fathers placed within the U.S. Constitution a provision that involuntary servitude (*slavery*) was a lawful occupation within the United States. /[13] This was true until the U.S. Congress proposed the Civil War Constitutional Amendments (*Thirteenth, Fourteenth, and Fifteenth*) which "*nullified*" this provision of the U.S. Constitution. It was the "*Statutory Powers*" of the U.S. Congress to propose Constitutional Amendments that granted "*Negroes*" and "*Mulattos*" their status of being "*citizens of the United States*," not the "*Common Law*" as spoken of by the U.S. Supreme Court in the Case of United States v. Wong Kim Ark, (supra.). It was the Congress of the United States that granted "*Negroes*" and "*Mulattos*" their "*Civil Rights*" and their "*Political Right*" to cast "*Votes*" at Elections, not the Common Law. It was the U.S. Congress that withheld "*Political Rights*" for any "*Negro*" or "*Mulatto*" to hold Public Offices of the United States government.

---

[13]/ see U.S. Constitution, Article I, Section 9, Clause 1

Page 6 of 15

Case 1:12-cv-00011-TMB   Document 30-2   Filed 09/18/12   Page 8 of 19

# What crimes did the Signatories of the *"Official Certification Of Nomination"* Document commit?

**FIRST: - <u>18 USC § 911</u> - Citizen of the United States**

1. **Whoever falsely and willfully represents himself to be a citizen of the United States** shall be fined under this title or imprisoned not more than three years, or both. (**Barack Hussein Obama II**)


**SECOND - <u>18 USC § 1001</u> - STATEMENTS OR ENTRIES GENERALLY**

    **(a)** Except as otherwise provided in this section, whoever, **in any matter** within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully— (*"Political Parties"* **are** *"Corporations"* **that exist under the jurisdiction of the United States government**).

        **(1)** falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

        **(2)** makes any materially false, fictitious, or fraudulent statement or representation; (*"Official Certification Of Nomination"*) or

        **(3)** makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry (e.g. *"Official Certification Of Nomination"* Forms); shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

    **(b)** Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding.

    **(c)** **With respect to any matter within the jurisdiction of the legislative branch**, subsection (a) shall apply only to—

        **(1)** administrative matters, including a claim for payment, a matter related to the procurement of property or services, personnel or employment practices, or support services, **or a document required by law, rule, or regulation to be submitted to the Congress** (e.g. *"Official Certification Of Nomination"*) or any office or officer within the legislative branch; or

        **(2)** any investigation or review, conducted pursuant to the authority of any committee, subcommittee, commission or office of the Congress, consistent with applicable rules of the House or Senate.

**THIRD: - 18 USC § 1015 - Naturalization, citizenship or alien registry**

**(a) Whoever knowingly makes any false statement under oath**, in any case, proceeding, **or matter relating to**, or under, or by virtue of any law of the United States relating to naturalization, **citizenship**, or registry of aliens (e.g. *"Official Certification Of Nomination"* **and Barack Obama's White House *"Birth Certificate"*)** ; or

**(b)** Whoever knowingly, with intent to avoid any duty or liability imposed or required by law, denies that he has been naturalized or admitted to be a citizen, after having been so naturalized or admitted; or

**(c) Whoever uses or attempts to use any** certificate of arrival, declaration of intention, certificate of naturalization, certificate of citizenship or **other documentary evidence** of naturalization or **of citizenship**, or any duplicate or copy thereof, **knowing the same to have been procured by fraud or false evidence** or without required appearance or hearing of the applicant in court **or otherwise unlawfully obtained**; or (e.g. **Barack Obama's White House *"Birth Certificate"*)**

**(d)** Whoever knowingly makes any false certificate, acknowledgment or statement concerning the appearance before him or the taking of an oath or affirmation or the signature, attestation or execution by any person with respect to any application, declaration, petition, affidavit, deposition, certificate of naturalization, certificate of citizenship or other paper or writing required or authorized by the laws relating to immigration, naturalization, citizenship, or registry of aliens; or

**(e) Whoever knowingly makes any false statement or claim that he is, or at any time has been, a citizen or national of the United States, with the intent to obtain on behalf of himself**, or any other person, **any Federal or State benefit or service, or to engage unlawfully in employment in the United States (e.g. Barack Obama's usurption of Office of President of the United States)**; or

**(f)** Whoever knowingly makes any false statement or claim that he is a citizen of the United States in order to register to vote or to vote in any Federal, State, or local election (including an initiative, recall, or referendum)—

> Shall be fined under this title or imprisoned not more than five years, or both. Subsection (f) does not apply to an alien if each natural parent of the alien (or, in the case of an adopted alien, each adoptive parent of the alien) is or was a citizen (whether by birth or naturalization), the alien permanently resided in the United States prior to attaining the age of 16, and the alien reasonably believed at the time of making the false statement or claim that he or she was a citizen of the United States.

**FOURTH: - 18 USC § 1018 - Official Certificates or Writings**

**Whoever, being a public officer or other person authorized by any law of the United States to make or give a certificate or other writing, knowingly makes and delivers as true such a certificate or**

writing, containing any statement which he knows to be false, in a case where the punishment thereof is not elsewhere expressly provided by law, **shall be fined under this title or imprisoned not more than one year, or both.** (e.g. *"Official Certification Of Nomination"* and Barack Obama's White House *"Birth Certificate"*)

**Fifth - <u>18 USC § 1028</u> - Fraud and related activity in connection with identification documents, authentication features, and information**

(a) **Whoever, in a circumstance described in subsection (c) of this section—**

    (1) **knowingly and without lawful authority produces an identification document, authentication feature, or a false identification document**; (e.g. *"Official Certification Of Nomination"*)

    (2) **knowingly transfers an identification document, authentication feature, or a false identification document knowing that such document or feature was stolen or produced without lawful authority;** (e.g. **Barack Obama's White House** *"Birth Certificate"*)

    (3) knowingly possesses with intent to use unlawfully or transfer unlawfully five or more identification documents (other than those issued lawfully for the use of the possessor), authentication features, or false identification documents;

    (4) **knowingly possesses an identification document** (other than one issued lawfully for the use of the possessor), authentication feature, **or a false identification document, with the intent such document or feature be used to defraud the United States;** (e.g. *"Official Certification Of Nomination"*)

    (5) knowingly produces, transfers, or possesses a document-making implement or authentication feature with the intent such document-making implement or authentication feature will be used in the production of a false identification document or another document-making implement or authentication feature which will be so used;

    (6) knowingly possesses an identification document or authentication feature that is or appears to be an identification document or authentication feature of the United States or a sponsoring entity of an event designated as a special event of national significance which is stolen or produced without lawful authority knowing that such document or feature was stolen or produced without such authority;

    (7) **knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law,** (e.g. *"Official Certification Of Nomination"*) or that constitutes a felony under any applicable State or local law; or

    (8) knowingly traffics in false or actual authentication features for use in false identification documents, document-making implements, or means of identification;

**shall be punished as provided in subsection (b) of this section.**

**(b) The punishment for an offense under subsection (a) of this section is—**

(1) except as provided in paragraphs (3) and (4), **a fine under this title or imprisonment for not more than 15 years, or both, if the offense is—**

    (A) **the production or transfer of an identification document, authentication feature, or false identification document that is or appears to be—**

        (i) an identification document or authentication feature issued by or under the authority of the United States; or

        (ii) **a birth certificate**, or a driver's license or personal identification card;

    (B) the production or transfer of more than five identification documents, authentication features, or false identification documents;

    (C) an offense under paragraph (5) of such subsection; or

    (D) an offense under paragraph (7) of such subsection that involves the transfer, possession, or use of 1 or more means of identification if, as a result of the offense, any individual committing the offense obtains anything of value aggregating $1,000 or more during any 1-year period;

(2) except as provided in paragraphs (3) and (4), **a fine under this title or imprisonment for not more than 5 years, or both, if the offense is—**

    (A) **any other production, transfer, or use of a means of identification, an identification document, authentication feature, or a false identification document (e.g. Barack Obama's White House "*Birth Certificate*")**; or

    (B) an offense under paragraph (3) or (7) of such subsection;

(3) a fine under this title or imprisonment for not more than 20 years, or both, if the offense is committed—

    (A) to facilitate a drug trafficking crime (as defined in section 929(a)(2));

    (B) in connection with a crime of violence (as defined in section 924(c)(3)); or

    (C) after a prior conviction under this section becomes final;

(4) a fine under this title or imprisonment for not more than 30 years, or both, if the offense is committed to facilitate an act of domestic terrorism (as defined under section 2331(5) of this title) or an act of international terrorism (as defined in section 2331(1) of this title);

(5) in the case of any offense under subsection (a), forfeiture to the United States of any personal property used or intended to be used to commit the offense; and

(6) a fine under this title or imprisonment for not more than one year, or both, in any other case.

(c) The circumstance referred to in subsection (a) of this section is that—

(1) **the identification document, authentication feature, or false identification document is or appears to be issued by or under the authority of** the United States or **a sponsoring entity of an event designated as a special event of national significance** (e.g. *"Official Certification Of Nomination"*) or the document-making implement is designed or suited for making such an identification document, authentication feature, or false identification document;

(2) the offense is an offense under subsection (a)(4) of this section; or

(3) either—

(A) the production, transfer, possession, or use prohibited by this section is in or affects interstate or foreign commerce, including the transfer of a document by electronic means; or

(B) **the means of identification, identification document, false identification document**, or document-making implement **is transported in the mail** in the course of the production, transfer, possession, **or use prohibited by this section** (e.g. *"Official Certification Of Nomination"*).

(d) In this section and section 1028A—

(1) the term "authentication feature" means any hologram, watermark, certification, symbol, code, image, sequence of numbers or letters, or other feature that either individually or in combination with another feature is used by the issuing authority on an identification document, document-making implement, or means of identification to determine if the document is counterfeit, altered, or otherwise falsified;

(2) the term "document-making implement" means any implement, impression, template, computer file, computer disc, electronic device, or computer hardware or software, that is specifically configured or primarily used for making an identification document, a false identification document, or another document-making implement;

(3) **the term "identification document" means a document made or issued by** or under the authority of the United States Government, a State, political subdivision of a State, **a sponsoring entity of an event designated as a special event of national significance**, a foreign government, political subdivision of a foreign government, an international governmental or an international quasi-governmental organization which, **when completed with information concerning a particular individual, is of a type intended or commonly accepted for the purpose of identification of individuals**;

(4) the term "false identification document" means a document of a type intended or commonly accepted for the purposes of identification of individuals that—

    (A) is not issued by or under the authority of a governmental entity or was issued under the authority of a governmental entity but was subsequently altered for purposes of deceit; and

    (B) appears to be issued by or under the authority of the United States Government, a State, a political subdivision of a State, a sponsoring entity of an event designated by the President as a special event of national significance, a foreign government, a political subdivision of a foreign government, or an international governmental or quasi-governmental organization;

(5) the term "false authentication feature" means an authentication feature that—

    (A) is genuine in origin, but, without the authorization of the issuing authority, has been tampered with or altered for purposes of deceit;

    (B) is genuine, but has been distributed, or is intended for distribution, without the authorization of the issuing authority and not in connection with a lawfully made identification document, document-making implement, or means of identification to which such authentication feature is intended to be affixed or embedded by the respective issuing authority; or

        (C) appears to be genuine, but is not;

(6) the term "issuing authority"—

    (A) means any governmental entity or agency that is authorized to issue identification documents, means of identification, or authentication features; and

    (B) includes the United States Government, a State, a political subdivision of a State, a sponsoring entity of an event designated by the President as a special event of national significance, a foreign government, a political subdivision of a foreign government, or an international government or quasi-governmental organization;

(7) the term "means of identification" means any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including any—

    (A) name, social security number, date of birth, official State or government issued driver's license or identification number, alien registration number, government passport number, employer or taxpayer identification number;

    (B) unique biometric data, such as fingerprint, voice print, retina or iris image, or other unique physical representation;

(C) unique electronic identification number, address, or routing code; or

(8) the term "personal identification card" means an identification document issued by a State or local government solely for the purpose of identification;

(9) the term "produce" includes alter, authenticate, or assemble;

(10) the term "transfer" includes selecting an identification document, false identification document, or document-making implement and placing or directing the placement of such identification document, false identification document, or document-making implement on an online location where it is available to others;

(11) the term "State" includes any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, and any other commonwealth, possession, or territory of the United States; and

(12) the term "traffic" means—

(A) to transport, transfer, or otherwise dispose of, to another, as consideration for anything of value; or

(B) to make or obtain control of with intent to so transport, transfer, or otherwise dispose of.

(e) This section does not prohibit any lawfully authorized investigative, protective, or intelligence activity of a law enforcement agency of the United States, a State, or a political subdivision of a State, or of an intelligence agency of the United States, or any activity authorized under chapter 224 of this title.

(f) **Attempt and Conspiracy.**— Any person who attempts or conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

(g) **Forfeiture Procedures.**— The forfeiture of property under this section, including any seizure and disposition of the property and any related judicial or administrative proceeding, shall be governed by the provisions of section 413 (other than subsection (d) of that section) of the Comprehensive Drug Abuse Prevention and Control Act of 1970 (21 U.S.C. 853).

(h) **Forfeiture; Disposition.**— In the circumstance in which any person is convicted of a violation of subsection (a), the court shall order, in addition to the penalty prescribed, the forfeiture and destruction or other disposition of all illicit authentication features, identification documents, document-making implements, or means of identification.

(i) **Rule of Construction.**— For purpose of subsection (a)(7), a single identification document or false identification document that contains 1 or more means of identification shall be construed to be 1 means of identification.

## Court Standing

To establish Article III standing, a Plaintiff must show: (1) "an injury in fact – an invasion of a legally protected interest which is (a) concrete and particularized and (b) actual or imminent, not conjectural or hypothetical"; (2) "a causal connection between the injury and the conduct complained of – the injury has to be fairly . . . traceable to the challenged action of the defendant, and not . . . the result of the independent action of some third party not before the court"; and (3) "it must be likely, as opposed to merely speculative, that the injury will be redressed by a favorable decision.." Lujan v. Defenders of Wildlife, 504 U.S. 555, 560-61 (1992). Moreover, a litigant's interest cannot be based on the "generalized interest of all citizens in constitutional governance." Schlesinger v. Reservists Comm. To Stop the War, 418 U.S. 208, 217 (1974).

In the matter of Presidential Candidates, everyone who is a white male Citizen of a State has an inherent interest to preserve the United States Constitution. The United States Constitution was written for "*We the People*" and their future "*Posterity.*" (*see Preamble to U.S. Constitution*). The United States Constitution was adopted by the People sitting in Conventions, not by the governments of any State. It is the property of the People and it is a Contractual Agreement between the People, the Officers of the governments of the States, and the Officers of the government of the United States. When the Officers of the United States government abandonds the mandates of the U.S. Constitution and tells the People "*Go To Hell,*" those Officials destroy the "*Birth Rights*" of the People to inherit the declared "*Preambled*" protections granted to the "*Posterity*" of "*We the People.*" The People have a "*Birth Right*" to be governed by a lawful (*dejure*) government that has lawful (*dejure*) Officials governing them from within a Republican form of government.

When the People are told that they will have to accept Presidential Candidates that have no "*Political Rights*" under any provision of the United States Constitution to hold the Office of the President of the United States and that they must accept undocumented "*Aliens*" who are not United States citizens as Presidential Candidates and to allow them to sit over us as Presidents of the government of the United States, the People (*individually and collectiviely*) have suffered actual damages. The damages suffered are numorous from giving up their lives under unlawful "*Orders*" of a pretended "*Commander In Chief*" of the Military to being held hostage to unlawful signings of Presidential Papers that effects our daily lives.

As "*Esquires,*" you are supposed to be the "*Professionals*" in the Law. It should not be difficult for you to establish "*Standing*" before a U.S. Constitution Article III Judicial Court to bring justice upon Nancy Pelosi, Antonio Villaraigosa, Alice Travis Germond, and Barack Hussein Obama II for the perjured statements made within the Democrat's "***Official Certification Of Nomination.***"

## Conclusion

As a "*Propria Persona*" litigant, I have done my best to expose the conspiracy that is under way to overthrow the lawful (*dejure*) government of the United States of America. As I am getting along in years and the only income that I am now receiving is the Social Security Benefits offered by the United States government, I don't have the financial funds to continue the litigation game in the Federal or State Courts. The future of the United States of America is now in the hands of those who have the finances, knowledge of the Law, and the knowledge of the procedures of the Courts.

I wish all of you the best.

*Gordon Warren Epperly*



**DEMOCRATIC NATIONAL COMMITTEE**

## OFFICIAL CERTIFICATION OF NOMINATION

THIS IS TO CERTIFY that at the National Convention of the Democratic Party of the United States of America, held in Denver, Colorado on August 25 though 28, 2008, the following were duly nominated as candidates of said Party for President and Vice President of the United States respectively and that the following candidates for President and Vice President of the United States are legally qualified to serve under the provisions of the United States Constitution:

**For President of the United States**

Barack Obama
5046 South Greenwood Avenue
Chicago, Illinois 60615

**For Vice President of the United States**

Joe Biden
1209 Barley Mill Road
Wilmington, Delaware 19807

_____          _____
Nancy Pelosi                        Alice Travis Germond
Chair, Democratic National          Secretary, Democratic National
Convention                          Convention

City and County of Denver  )
                           ) ss:
State of Colorado          )

Subscribed and sworn to before me in the City and County of Denver, State of Colorado, this 28th day of August, 2008.

SHALIFA A. WILLIAMSON
Notary Public
State of Colorado
My Commission Expires September 06, 2011

Notary Public: Shalifa A. Williamson
Commission expiration date: September 6, 2011

Democratic Party Headquarters ■ 430 South Capitol Street, SE ■ Washington, DC, 20003 ■ (202) 863-8000 ■ Fax (202) 863-8174
Paid for by the Democratic National Committee. Contributions to the Democratic National Committee are not tax deductible.
Visit our website at www.democrats.org

Copy provided courtesy of: ProtectOurLiberty.org



**DEMOCRATS**
DEMOCRATIC NATIONAL COMMITTEE

## OFFICIAL CERTIFICATION OF NOMINATION

As Chair and Secretary respectively of the National Convention of the Democratic Party of the United States of America, having assembled in Charlotte, North Carolina on September 4 through 6, 2012, WE DO HEREBY CERTIFY that the following are the nominees of said Party for President and Vice President of the United States respectively, and that the following are legally qualified to serve as President and Vice President of the United States respectively under the applicable provisions of the United States Constitution:

**For President of the United States**
Barack Obama
5046 South Greenwood Avenue
Chicago, Illinois 60615

**For Vice President of the United States**
Joe Biden
1209 Barley Mill Road
Wilmington, Delaware 19807

_____
Antonio Villaraigosa
Chair, Democratic National Convention

_____
Alice Travis Germond
Secretary, Democratic National Convention

Mecklenburg County, North Carolina

Signed and sworn to before me this day by ANTONIO VILLARAIGOSA and ALICE TRAVIS GERMOND.

Date: September 5, 2012

Monica C. Cole
_____, Notary Public
My commission expires: 7-4-2015

430 SOUTH CAPITOL STREET, SE, WASHINGTON, DC 20003 • T 202-863-8000 • F 202-863-8174 • DEMOCRATS.ORG

PAID FOR BY THE DEMOCRATIC NATIONAL COMMITTEE, DEMOCRATS.ORG. NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE.
Contributions or gifts to the Democratic National Committee are not tax deductible.